UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2022 JUN -9 P 12: 54
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of a Firearm and |
| HARRY TELFAIR | ) | Ammunition by a Prohibited |
| | ) | Person |

CR422-0085

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm and Ammunition
by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 5, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**HARRY TELFAIR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded firearm, to wit: a Bersa, Model, Thunder, .380 caliber pistol, bearing serial number 537927, and .380 caliber ammunition, which all had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including a Bersa, Model, Thunder, .380 caliber pistol, bearing serial number 537927, and .380 caliber ammunition.

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division